UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.; CHARLES SCHWAB & CO., INC.; and SCHWAB INVESTMENTS,<br><br>Defendants | Case No. 11-cv-00136-WHA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ROBERT C. JUMAN PRO HAC VICE |

Robert C. Juman, whose business address and telephone number is Quinn Emanuel Urquhart & Sullivan, 51 Madison Avenue, 22nd Floor, New York, NY 10010, (212) 849-7000, and who is an active member in good standing of the bar of the State of New York, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Charles Schwab Investment Management, Inc., Charles Schwab & Co., Inc., and Schwab Investments.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1  *vice*. Service of papers upon and communication with co-counsel designated in the application
2  will constitute notice to the party. All future filings in this action are subject to the requirements
3  contained in General Order No. 45, *Electronic Case Filing*.

5  DATED: ___March 14___, 2011



_____
Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ROBERT JUMAN PRO HAC VICE