UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   vs.<br><br>CHARLES SCHWAB INVESTMENT MANAGEMENT, CHARLES SCHWAB & CO., INC., AND SCHWAB INVESTMENTS,<br><br>        Defendants. | Case No. 11-cv-0136 WHA<br><br>[~~PROPOSED~~] SCHEDULING ORDER |

## [~~Proposed~~] SCHEDULING ORDER

This matter having come before the Court for a case management conference on March 17, 2011, and the Court having heard the proposed plans by the Plaintiff Securities and Exchange Commission ("SEC") with regard to the funds deposited with the Clerk of Court pursuant to the final judgment entered in this case, the Court hereby sets the following schedule:

On or before March 31, 2011, the SEC shall file a motion proposing a distribution agent to handle such funds; and

Within 28 days after the Court enters an order appointing a distribution agent with regard to such funds, the SEC shall file a proposed plan of distribution.

**IT IS SO ORDERED.**

Dated: __March 21____, 2011.          _____
                                                                 WILLIAM ALSUP
                                                                 UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] SCHEDULING ORDER                                 SEC v. CHAS. SCHWAB INV. MGT., INC.,
                                                                                              CASE NO. 11-CV--0136