IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 11-00136 WHA<br>Related to No. C 08-01510 WHA |
| Plaintiff, | |
| v. | **NOTICE REQUESTING SUBMISSION** |
| CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES SCHWAB & CO., INC., and SCHWAB INVESTMENTS, | |
| Defendants. | |

Thomas E. Warwick and Jennifer K. Sutherland submitted a letter to the Court requesting assistance in obtaining information from the distribution agent regarding when distribution checks will be mailed. Presumably, they believe they should receive such checks (Dkt. No. 56). Counsel for the Commission is hereby directed to provide the Court with a statement in response to Mr. Warwick and Ms. Sutherland's letter no later than noon on March 14, 2013. That statement should include what steps have been taken by the distribution agent to evaluate and/or effect their payment as well as a proposed solution.

**IT IS SO ORDERED.**

Dated: March 7, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE