Nichola L. Timmons (NY Bar #2954774)
(timmonsn@sec.gov)
David J. Gottesman (gottesmand@sec.gov)
Frederick L. Block (blockf@sec.gov)
Robert A. Cohen (cohenr@sec.gov)
Melissa R. Hodgman (hodgmanm@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4030
Telephone: (202) 551-4456 (Timmons)
Facsimile: (703) 813-9730 (Timmons)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

-------------------------------------------------------------------x
                                                                   )
SECURITIES AND EXCHANGE COMMISSION,                                )
                                                                   )
                        Plaintiff,                                 )
                                                                   )   Case No. C 11-00136 (WHA)
                v.                                                 )
                                                                   )   PLAINTIFF SECURITIES AND
CHARLES SCHWAB INVESTMENT MANAGEMENT,                              )   EXCHANGE COMMISSION'S
CHARLES SCHWAB & CO., INC., and                                    )   EX PARTE MOTION FOR
SCHWAB INVESTMENTS                                                 )   ADMINISTRATIVE RELIEF
                                                                   )
                        Defendants.                                )
                                                                   )
-------------------------------------------------------------------x

In accordance with Civil Local Rule 7-11 of the Northern District of California, plaintiff Securities and Exchange Commission ("Commission") submits this Ex Parte Motion for Administrative Relief to obtain an order for the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay certain tax obligations in this case.

By consent of the defendants and stipulation of the parties, the Court entered a Final Judgment against defendants Charles Schwab Investment Management ("CSIM"), Charles Schwab &

1

Co., Inc. ("CS&Co."), and Schwab Investments on February 16, 2011. Pursuant to the Final Judgment, CSIM and CS&Co. have paid a total of $110 million to the Clerk of this Court (the "Distribution Fund"). These payments include $57,327,149 in penalties, $34,672,851 in disgorgement and prejudgment interest, and an additional payment of $18 million. The additional payment represented settlement of a related proceeding brought by the Financial Industry Regulatory Authority ("FINRA"), and in which FINRA consented to payment of the settlement amount into the Distribution Fund. The Distribution Fund was thereafter deposited in an interest bearing account, account number 11-cv-00136, under the case name designation "*SEC v. Charles Schwab Investment Management, et al.*" and constitutes a Qualified Settlement Fund (QSF) under section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

By order dated March 8, 2011, the Court entered an order appointing Damasco & Associates to fulfill the tax obligations of the Distribution Fund. Pursuant to that Order, the Tax Administrator is required to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF.

The Tax Administrator has received notification from the Internal Revenue Service that the Distribution Fund owes $32.45 in late payment penalties and interest for tax year 2012. This payment is due July 22, 2013. *See* Declaration of Nichola L. Timmons in Support of Plaintiff Securities and Exchange Commission's Ex Parte Motion for Administrative Relief, ¶12 filed separately.

1  WHEREFORE, for all the foregoing reasons, the Commission respectfully requests that this
2  Court enter the attached proposed Order and grant such other relief as it deems just and proper.
3
4  Dated: July, 8 2013                              Respectfully submitted,
5
                                                    /s/ Nichola L. Timmons
6
                                                    Nichola L. Timmons (NY Bar #2954774)
7                                                   Attorney for Plaintiff
                                                    SECURITIES AND EXCHANGE
8                                                   COMMISSION
                                                    100 F Street, N.E.
9                                                   Washington, D.C.  20549-5631
                                                    202-551-4456
10                                                  703-813-9730 (fax)
                                                    Email:  timmonsn@sec.gov
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                               3
Plaintiff's Ex Parte Motion for
Administrative Relief (11-00136 WHA)