IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES SCHWAB & CO., INC., and SCHWAB INVESTMENTS,<br><br>    Defendants. | No. C 11-00136 WHA<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING** |

The Court is in receipt of the parties' stipulation to continue the hearing on the SEC'S motion to October 13, 2016. The hearing is hereby **CONTINUED** to October 13, 2016 at 8:00 a.m.

The Court invites the parties to address whether a hearing is required for resolution of the motion. In particular, the Court is interested to know whether there is any indication that any interested party objects to the motion.

**IT IS SO ORDERED.**

Dated: September 29, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE