UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES SCHWAB INVESTMENT MANAGEMENT, CHARLES SCHWAB & CO., INC., AND SCHWAB INVESTMENTS,<br><br>Defendants. | Case No. CV-11-00136 WHA<br><br>[PROPOSED] **ORDER APPROVING THE FINAL ACCOUNTING, TRANSFERRING FUNDS TO THE UNITED STATES TREASURY, DISCHARGING THE DISTRIBUTION AGENT, AND TERMINATING THE DISTRIBUTION FUND** |

The Court, having reviewed the Securities and Exchange Commission's ("Commission") Motion for an Order to Approve the Final Accounting, Transfer Funds to the United States Treasury, Discharge the Distribution Agent, and Terminate the Distribution Fund, its supporting memorandum, and the Distribution Agent's Status and Progress Report Declaration, and for good cause shown,

IT IS HEREBY ORDERED:

1. The final accounting is approved;

2. The Commission is authorized to transfer all remaining funds, and any future funds that may be received, in this matter to the United States Treasury once the remaining tax obligations are paid; and

3. Upon transfer of the remaining funds to the United States Treasury, the Distribution Agent is discharged and the Distribution Fund is terminated.

**IT IS SO ORDERED.**

Dated: October 11, 2016.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE